DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RONALD LEE MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | No. CR-S-08-075-GEB |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| RONALD LEE MYERS, Defendant. | Date: April 25, 2008<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Ronald Lee Myers, through their respective attorneys, that the status conference scheduled for April 25, 2008 may be continued to June 13, 2008, at 9:00 a.m.

Counsel for Mr. Myers is conducting an investigation in hopes of mitigating the offense, with a goal toward resolving the case without trial, and time is needed to locate and interview witnesses. To afford time to complete necessary tasks, the parties agree that time under the Speedy Trial Act may be excluded through June 13, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: April 23, 2008

/s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for Defendant
RONALD LEE MYERS

McGREGOR SCOTT
United States Attorney

Dated: April 23, 2008

/s/ T. Zindel for W. Wong
WILLIAM WONG
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to June 13, 2008, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: April 28, 2008

GARLAND E. BURRELL, JR.
United States District Judge