DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RONALD LEE MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-CR-0075 GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| RONALD LEE MYERS, | ) |
|  | ) Date: August 8, 2008 |
| Defendant. | ) Time: 9:00 a.m. |
|  | ) Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Ronald Lee Myers, through their respective attorneys, that the status conference scheduled for August 8, 2008 may be continued to September 12, 2008, at 9:00 a.m.

Counsel for Mr. Myers continues to conduct investigation in hopes of mitigating the offense, with a goal toward resolving the case without trial. Time is needed to provide this material to counsel for the government and to consult with Mr. Myers, whom that Marshals have housed at the jail in Nevada City. To afford time to complete these tasks, the

1  parties agree that time under the Speedy Trial Act may be excluded
2  through August 8, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)
3  (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: August 6, 2008                   /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for RONALD LEE MYERS


                                        McGREGOR SCOTT
                                        United States Attorney


Dated: August 6, 2008                   /s/ T. Zindel for W. Wong
                                        WILLIAM WONG
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to September 12, 2008, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through September 12, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

   IT IS SO ORDERED.

Dated: August 8, 2008

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

Stip. & Order                    -2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip. & Order                              -3-