```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RONALD LEE MYERS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>          Plaintiff,          )<br>                               )<br>     v.                        )<br>                               )<br>RONALD LEE MYERS,              )<br>                               )<br>          Defendant.           )<br>_____ ) | No. 2:08-CR-0075 GEB<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  September 26, 2008<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Ronald Lee Myers, through their respective attorneys, that the status conference scheduled for September 26, 2008 may be continued to October 24, 2008, at 9:00 a.m.

     Defense Counsel seeks additional time to consult with Mr. Myers and to provide material in mitigation to counsel for the United States.  To afford time to complete these tasks, the parties agree that time under

PDF created with pdfFactory trial version www.pdffactory.com

the Speedy Trial Act may be excluded through October 24, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: September 24, 2008      /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for RONALD LEE MYERS


McGREGOR SCOTT
United States Attorney

Dated: September 24, 2008      /s/ T. Zindel for W. Wong
WILLIAM WONG
Assistant U.S. Attorney


# O R D E R

The status conference is continued to October 24, 2008, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 24, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: September 24, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com