```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    RONALD LEE MYERS
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-CR-0075 GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| RONALD LEE MYERS, | ) |
| | ) Date: October 24, 2008 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Garland E. Burrell, Jr. |
| _____ | ) |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Ronald Lee Myers, through their respective attorneys, that the status conference scheduled for October 24, 2008 may be continued to November 21, 2008, at 9:00 a.m.

   Defense Counsel seeks additional time to consult with Mr. Myers and to provide material in mitigation to counsel for the United States.  To afford time to complete these tasks, the parties agree that time under

//

//

the Speedy Trial Act may be excluded through November 21, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  October 22, 2008        /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for RONALD LEE MYERS


                                        McGREGOR SCOTT
                                        United States Attorney

Dated:  October 22, 2008        /s/ T. Zindel for W. Wong
                                        WILLIAM WONG
                                        Assistant U.S. Attorney

## O R D E R

The status conference is continued to November 21, 2008, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through November 21, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Dated:  October 24, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip. & Order                                                    -2-