1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   RONALD LEE MYERS

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

13  UNITED STATES OF AMERICA,      ) No. 2:08-CR-0075 GEB
                                   )
14              Plaintiff,         ) **STIPULATION AND ORDER**
                                   ) **CONTINUING STATUS CONFERENCE**
15       v.                        ) **AND EXCLUDING TIME**
                                   )
16  RONALD LEE MYERS,              )
                                   ) Date:  November 21, 2008
17              Defendant.         ) Time:  9:00 a.m.
                                   ) Judge: Garland E. Burrell, Jr.
18  _____)

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21  of America, and defendant, Ronald Lee Myers, through their respective
22  attorneys, that the status conference scheduled for November 21, 2008 may
23  be continued to December 12, 2008, at 9:00 a.m.
24       Defense Counsel seeks additional time to consult with Mr. Myers and
25  to provide material in mitigation to counsel for the United States.  To
26  afford time to complete these tasks, the parties agree that time under
27  //
28  //

1  the Speedy Trial Act may be excluded through December 12, 2008, pursuant
2  to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  November 19, 2008               /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for RONALD LEE MYERS


                                        McGREGOR SCOTT
                                        United States Attorney

Dated:  November 19, 2008               /s/ T. Zindel for W. Wong
                                        WILLIAM WONG
                                        Assistant U.S. Attorney



                                    ******

                                **O R D E R**

The status conference is continued to December 12, 2008, at 9:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through December 12, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

        IT IS SO ORDERED.

Dated:  November 20, 2008

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge