1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5

6   Attorney for Defendant
    RONALD LEE MYERS

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  No. 2:08-CR-0075 GEB
                                   )
14                 Plaintiff,      )  **STIPULATION AND ORDER**
                                   )  **CONTINUING STATUS CONFERENCE**
15        v.                       )  **AND EXCLUDING TIME**
                                   )
16  RONALD LEE MYERS,              )
                                   )  Date:  December 12, 2008
17                 Defendant.      )  Time:  9:00 a.m.
                                   )  Judge: Garland E. Burrell, Jr.
18  _____)

19

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21  of America, and defendant, Ronald Lee Myers, through their respective

22  attorneys, that the status conference scheduled for December 12, 2008 may

23  be continued to January 9, 2009 at 9:00 a.m.

24       Defense Counsel seeks additional time to consult with Mr. Myers and

25  to provide material in mitigation to counsel for the United States.  To

26  afford time to complete these tasks, the parties agree that time under

27  //

28  //

1  the Speedy Trial Act may be excluded through January 9, 2009, pursuant to

2  18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

3                                    Respectfully submitted,

4                                    DANIEL J. BRODERICK
                                     Federal Defender
5

6  Dated:  December 10, 2008          /s/ T. Zindel
                                     TIMOTHY ZINDEL
7                                    Assistant Federal Defender
                                     Attorney for RONALD LEE MYERS
8

9                                    McGREGOR SCOTT
                                     United States Attorney
10

11 Dated:  December 10, 2008          /s/ T. Zindel for W. Wong
                                     WILLIAM WONG
12                                   Assistant U.S. Attorney

13

14

15                                   ******

16                            **O R D E R**

17      The status conference is continued to January 9, 2009, at 9:00 a.m.

18 The Court finds that a continuance is necessary for the reasons stated

19 above and further finds that the ends of justice served by granting a

20 continuance outweigh the best interests of the public and the defendant

21 in a speedy trial.  Time is therefore excluded from the date of this

22 order through January 9, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and

23 (B)(iv).

24      IT IS SO ORDERED.

25 Dated:  December 10, 2008

26

27 _____
   GARLAND E. BURRELL, JR.
28 United States District Judge

Stip. & Order                         -2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. & Order                                        -3-