DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RONALD LEE MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-CR-0075 GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| RONALD LEE MYERS, | ) |
| | ) Date: January 9, 2009 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Ronald Lee Myers, through their respective attorneys, that the status conference scheduled for January 9, 2009 may be continued to February 6, 2009 at 9:00 a.m.

The defense is gathering additional letters in mitigation to present to the prosecutor for his review in advance of resolving the case. To afford time to complete these tasks, the parties agree that time under

//

//

1   the Speedy Trial Act may be excluded through February 6, 2009, pursuant
2   to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  January 7, 2009                /s/ T. Zindel
                                       TIMOTHY ZINDEL
                                       Assistant Federal Defender
                                       Attorney for RONALD LEE MYERS


                                       McGREGOR SCOTT
                                       United States Attorney

Dated:  January 7, 2009                /s/ T. Zindel for W. Wong
                                       WILLIAM WONG
                                       Assistant U.S. Attorney


******

**O R D E R**

The status conference is continued to February 6, 2009, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through February 6, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated:  January 9, 2009

                                       _____
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge

Stip. & Order                          -2-