```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RONALD LEE MYERS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-0075 GEB |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| RONALD LEE MYERS, | Date: February 6, 2009 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Ronald Lee Myers, through their respective attorneys, that the status conference scheduled for February 6, 2009 may be continued to April 3, 2009 at 9:00 a.m. The parties further agree that the Court may refer the case to Probation for a calculation of defendant's criminal history under the sentencing guidelines.

The defense has completed a package of materials in mitigation to provide to government counsel. In order to resolve the case, the parties wish to have an accurate accounting of defendant's criminal history, which Probation is able to prepare if asked to do so by the Court. To

afford time to complete these tasks, and in order to assure continuity of defense counsel, who will be in jury trial for four to six weeks beginning February 23rd, the parties agree that time under the Speedy Trial Act should be excluded through April 3, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  February 6, 2009            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for RONALD LEE MYERS


                                    LAWRENCE G. BROWN
                                    Acting United States Attorney


Dated:  February 6, 2009            /s/ T. Zindel for W. Wong
                                    WILLIAM WONG
                                    Assistant U.S. Attorney

**O R D E R**

The status conference is continued to April 3, 2009, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through April 3, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). The Court further grants the parties' request to refer the case to Probation for a calculation of defendant's criminal history.

Dated:  February 9, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28