1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RONALD LEE MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-CR-0075 GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| RONALD LEE MYERS, | ) | |
| | ) | Date: April 3, 2009 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Garland E. Burrell, Jr. |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Ronald Lee Myers, through their respective attorneys, that the status conference scheduled for April 3, 2009 may be continued to May 15, 2009 at 9:00 a.m.

The government is considering a proposed resolution and defense counsel is unavailable due to trial in a complex case.

///

///

///

To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded through May 15, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: April 1, 2009　　　　　　　/s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for RONALD LEE MYERS

LAWRENCE G. BROWN
Acting United States Attorney

Dated: April 1, 2009　　　　　　　/s/ T. Zindel for W. Wong
WILLIAM WONG
Assistant U.S. Attorney

## O R D E R

The status conference is continued to May 15, 2009, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through May 15, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: April 2, 2009

GARLAND E. BURRELL, JR.
United States District Judge