| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | TIMOTHY ZINDEL, Bar #158377 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |

Attorney for Defendant
RONALD LEE MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-CR-0075 GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| RONALD LEE MYERS, | ) | |
| | ) | Date: May 15, 2009 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Garland E. Burrell, Jr. |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Ronald Lee Myers, through their respective attorneys, that the status conference scheduled for May 15, 2009 may be continued to June 19, 2009 at 9:00 a.m.

The government is considering a proposed resolution and defense counsel is unavailable due to trial in United States v. Caza, et al.

///

///

///

| | |
|---|---|
| 1 | To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded through June 19, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4). |

       To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded through June 19, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: May 14, 2009      /s/ T. Zindel
                          TIMOTHY ZINDEL
                          Assistant Federal Defender
                          Attorney for RONALD LEE MYERS

                          LAWRENCE G. BROWN
                          Acting United States Attorney

Dated: May 14, 2009      /s/ T. Zindel for W. Wong
                          WILLIAM WONG
                          Assistant U.S. Attorney

**O R D E R**

The status conference is continued to June 19, 2009, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through June 19, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: May 14, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge