1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RONALD LEE MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-CR-0075 GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| RONALD LEE MYERS, | ) |
| | ) Date: June 19, 2009 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Garland E. Burrell, Jr. |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Ronald Lee Myers, through their respective attorneys, that the status conference scheduled for June 19, 2009 may be continued to July 17, 2009 at 9:00 a.m.

   The government is considering a proposed resolution and defense counsel is unavailable due to trial in United States v. Caza, et al.

///
///
///

To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded through July 17, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  June 12, 2009          /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for RONALD LEE MYERS


                                LAWRENCE G. BROWN
                                Acting United States Attorney

Dated:  June 12, 2009          /s/ T. Zindel for W. Wong
                                WILLIAM WONG
                                Assistant U.S. Attorney


**O R D E R**

The status conference is continued to July 17, 2009, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through July 17, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  June 16, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge