1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RONALD LEE MYERS
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13 UNITED STATES OF AMERICA,    )  No. 2:08-CR-0075 GEB
                                )
14              Plaintiff,      )  **STIPULATION AND ORDER**
                                )  **CONTINUING STATUS CONFERENCE**
15       v.                     )  **AND EXCLUDING TIME**
                                )
16 RONALD LEE MYERS,            )
                                )  Date:  July 17, 2009
17              Defendant.      )  Time:  9:00 a.m.
                                )  Judge: Garland E. Burrell, Jr.
18 _____)

19

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Ronald Lee Myers, through their respective
22 attorneys, that the status conference scheduled for July 17, 2009 may be
23 continued to September 11, 2009 at 9:00 a.m.
24       The parties seek additional time to consider a proposed resolution.
25 Defense counsel recently completed trial in a complex matter and his
26 ability to consult with Mr. Myers has been handicapped by Mr. Myers'
27 placement in Nevada County.  Additional time is needed for the parties to
28 consult with one another and for defense counsel to consult with Mr.

1  Myers.  Accordingly, the parties agree that time under the Speedy Trial
2  Act should be excluded through September 11, 2009, pursuant to 18 U.S.C.
3  § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

                                                    Respectfully submitted,

                                                    DANIEL J. BRODERICK
                                                    Federal Defender

8  Dated:  July 16, 2009         /s/ T. Zindel
                                                    TIMOTHY ZINDEL
9                                                    Assistant Federal Defender
                                                  Attorney for RONALD LEE MYERS

11                                                   LAWRENCE G. BROWN
                                                  Acting United States Attorney

13 Dated:  July 16, 2009         /s/ T. Zindel for W. Wong
                                                    WILLIAM WONG
14                                                   Assistant U.S. Attorney

16       The status conference is continued to September 11, 2009, at 9:00
17  a.m.  The Court finds that a continuance is necessary for the reasons
18  stated above and further finds that the ends of justice served by
19  granting a continuance outweigh the best interests of the public and the
20  defendant in a speedy trial.  Time is therefore excluded from the date of
21  this order through September 11, 2009, pursuant to 18 U.S.C. §
22  3161(h)(7)(A) and (B)(iv).

23  Dated:  July 20, 2009

                                                    _____
                                                    GARLAND E. BURRELL, JR.
                                                    United States District Judge