1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RONALD LEE MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-CR-0075 GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| RONALD LEE MYERS, | ) |
| | ) Date: September 11, 2009 |
| Defendant. | ) Time: 9:00 a.m. |
| _____ | ) Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Ronald Lee Myers, through their respective attorneys, that the status conference scheduled for September 11, 2009 may be continued to October 9, 2009 at 9:00 a.m.

The parties seek additional time to consider a proposed resolution. The Assistant U.S. Attorney has agreed to review the defendant's proposed settlement once again; defense counsel also seeks additional time to consult with Mr. Myers, whom the Marshal has housed in Nevada County. Accordingly, the parties agree that time under the Speedy Trial Act

1  should be excluded through October 9, 2009, pursuant to 18 U.S.C. §
2  3161(h)(7)(A) and (B)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: September 10, 2009               /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for RONALD LEE MYERS


                                        LAWRENCE G. BROWN
                                        United States Attorney


Dated: September 10, 2009               /s/ T. Zindel for W. Wong
                                        WILLIAM WONG
                                        Assistant U.S. Attorney


# O R D E R

The status conference is continued to October 9, 2009, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 9, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

   IT IS SO ORDERED.

Dated: September 15, 2009

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

Stip. & Order                    -2-