DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RONALD LEE MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-CR-0075 GEB |
| Plaintiff, | ) ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE, EXCLUDING** |
| v. | ) ) | **TIME, AND ORDERING PRE-PLEA PRESENTENCE REPORT** |
| RONALD LEE MYERS, | ) ) | |
| Defendant. | ) ) | Date: October 9, 2009<br>Time: 9:00 a.m. |
| _____ | ) | Judge: Garland E. Burrell, Jr. |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Ronald Lee Myers, through their respective attorneys, that the status conference scheduled for October 9, 2009, may be continued to December 4, 2009, at 9:00 a.m.

　　　The parties have agreed to request preparation of a pre-plea presentence report in Mr. Myers' case in hopes that Probation's calculations will help facilitate a resolution of the pending charge. Probation requests seven weeks to prepare the pre-plea report (a criminal

1  history calculation has already been completed).  The parties agree that
2  time under the Speedy Trial Act should be excluded through December 4,
3  2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), during
4  preparation of the report.

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated:  October 7, 2009               /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for RONALD LEE MYERS


                                      LAWRENCE G. BROWN
                                      United States Attorney


Dated:  October 7, 2009               /s/ T. Zindel for W. Wong
                                      WILLIAM WONG
                                      Assistant U.S. Attorney

# O R D E R

By request of the parties, the above case is referred to Probation for preparation of a pre-plea presentence report.  The status conference is continued to December 4, 2009, at 9:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through December 4, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated:  October 8, 2009

                                      _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge

Stip. & Order                        -2-