1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

6 | Attorney for Defendant
RONALD LEE MYERS

9 | IN THE UNITED STATES DISTRICT COURT

10 | FOR THE EASTERN DISTRICT OF CALIFORNIA

14 | UNITED STATES OF AMERICA,    ) No. 2:08-CR-0075 GEB
                                 )
15 |          Plaintiff,          ) **STIPULATION AND ORDER CONTINUING**
                                 ) **STATUS CONFERENCE AND EXCLUDING**
16 |      v.                      ) **TIME**
                                 )
17 | RONALD LEE MYERS,            )
                                 ) Date:  December 4, 2009
18 |          Defendant.          ) Time:  9:00 a.m.
                                 ) Judge: Garland E. Burrell, Jr.
19 | _____ )

20 | IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Ronald Lee Myers, through their respective attorneys, that the status conference scheduled for December 4, 2009, may be continued to December 18, 2009, at 9:00 a.m.

Defense counsel is awaiting review of the pre-plea presentence report in Mr. Myers' case in hopes that Probation's calculations will help facilitate a resolution of the pending charge. The parties agree that time under the Speedy Trial Act should be excluded through December

1  18, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), during
2  preparation of the report.

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:   December 1, 2009           /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for RONALD LEE MYERS


                                    BENJAMIN WAGNER
                                    United States Attorney


Dated:   December 1, 2009           /s/ T. Zindel for W. Wong
                                    WILLIAM WONG
                                    Assistant U.S. Attorney



**O R D E R**

The status conference is continued to December 18, 2009, at 9:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through December 18, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  December 2, 2009

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge