HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
RONALD LEE MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-CR-0075 GEB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER VACATING PRELIMINARY EXAMINATION AND SCHEDULING ADMISSION** |
| RONALD LEE MYERS, | |
| Defendant. | Judge:  Hon. Alison Claire<br>Date:   February 26, 2014<br>Time:   2:00 p.m. |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Ronald Lee Myers, that the preliminary examination scheduled for February 26, 2014, may be vacated.  The parties further agree that the Court may schedule a hearing on the petition before Judge Burrell on his regular criminal calendar for March 7, 2014, at 9:00 a.m.

Mr. Myers appeared before the magistrate judge on February 21, 2014, on a supervised release violation petition filed the

-1-

1 previous day.  He was ordered detained and requested a
2 preliminary hearing.  However, after conferring with Mr. Myers
3 and his probation officer, the parties have agreed to resolve
4 the pending charges as well as charges the probation officer
5 expects to file in a superseding petition.  The parties expect
6 to present their resolution to Judge Burrell on March 7, 2014,
7 and to request Mr. Myers' release to residential drug treatment
8 pending final resolution of the petition.  Mr. Myers will remain
9 in custody pending the hearing on March 7.

In light of this agreement, the parties agree that the preliminary examination may be vacated and the matter set for hearing before Judge Burrell on March 7 at 9:00 a.m.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:   February 24, 2014      /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for RONALD LEE MYERS


                                BENJAMIN B. WAGNER
                                United States Attorney

Dated:   February 24, 2014      /s/ T. Zindel for S. Haus
                                SHERRY HAUS
                                Assistant U.S. Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**O R D E R**

The preliminary hearing scheduled for February 26, 2014, is vacated and the matter is scheduled for hearing before Hon. Garland E. Burrell, Jr., at 9:00 a.m. on March 7, 2014.

IT IS SO ORDERED.

Dated:   February 25, 2014         /s/ Allison Claire
                                    ALLISON CLAIRE
                                    UNITED STATES MAGISTRATE JUDGE