

MAR 11 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:08-cr-00075-GEB-1 |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| RONALD LEE MEYERS, | |
| Defendant. | |

Defendant Ronald Lee Meyers is released from further detention on the superseding petition filed February 26, 2014, in light of the special conditions imposed upon his release that were ordered on March 7, 2014.

IT IS SO ORDERED.

Dated: March 7, 2014

_____
GARLAND E. BURRELL, JR.
United States Senior District Judge

ORIG +
— file copy — copies given to USM in Court